1  CRYSTAL G. HOWARD (SBN 224627)
   SIMMONSCOOPER LLC
2  100 N. Sepulveda Blvd., Suite 1350
   El Segundo, California 90245
3  Telephone: 310-322-3555
   Facsimile: 310-322-3655
4  choward@simmonscooper.com

5  *Attorney for Plaintiff*
   [Additional Counsel Listed on Signature Page]

FILED
AUG 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA SEIDL, individually, derivatively and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>AMERICAN CENTURY COMPANIES, INC., AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., JAMES E. STOWERS, JR., JONATHAN S. THOMAS, THOMAS A. BROWN, ANDREA C. HALL, DONALD H. PRATT, GALE A. SAYERS, M. JEANNINE STRANDJORD, TIMOTHY S. WEBSTER, WILLIAM M. LYONS, MARK MALLON, WADE SLOME, BRUCE WIMBERLY, and JERRY SULLIVAN,<br><br>Defendants,<br><br>- and -<br><br>AMERICAN CENTURY MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY ULTRA FUND,<br><br>Nominal Defendant. | CASE NO.<br><br>CV 08 4117<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>E-filing |

///

///

///

-1-
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 18, 2008.

_____
Crystal G. Howard (SBN 224627)
John Bruegger (SBN 250494)
SIMMONSCOOPER LLC
100 N. Sepulveda Blvd., Suite 1350
El Segundo, California 90245
Telephone: 310-322-3555
Facsimile: 310-322-3655
choward@simmonscooper.com
jbruegger@simmonscooper.com

and

Kenneth J. Brennan
SIMMONSCOOPER LLC
707 Berkshire Blvd.
East Alton, Illinois 62024
Telephone: 618-259-2222—Phone
kbrennan@simmonscooper.com

and

Thomas I. Sheridan, III
HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES, LLP
112 Madison Avenue
New York, NY 10016-7416
Telephone: 212-784-6400
tsheridan@hanlyconroy.com

*Attorneys for Plaintiff*

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**